# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 12, 2006

130917
(59)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

RANDALL L. ROSS,
    Plaintiff-Appellee,

v

AUTO CLUB GROUP,
    Defendant-Appellant.

SC: 130917
COA: 262167
Macomb CC: 2004-001913-CK

_____

## AMENDMENT TO ORDER

On order of the Court, the order of December 8, 2006 is amended to correct a clerical error by adding, after the text thereof, the following:

"Cavanagh and Kelly, JJ., would deny reconsideration."



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 12, 2006

_____
Clerk